AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| JINXU CHEN<br>on his own behalf and on behalf of others similarly situated | )<br>)<br>)<br>) | |
| *Plaintiff(s)* | )<br>) | |
| v. | )<br>) | Civil Action No. 19-cv-06115 |
| L & H WINE & LIQUOR, INC<br>d/b/a L & H Wine and Liquor | )<br>)<br>) | |
| et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Troy Law, PLLC
John Troy
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/01/2019                                           /s/ D. Howie
                                                                       *Signature of Clerk or Deputy Clerk*

**L & H WINE & LIQUOR, INC d/b/a L & H Wine and Liquor**
2557 Third Avenue, Bronx, NY 10451

**LONGHUA LIN a/k/a Long Hua Lin**
2557 Third Avenue, Bronx, NY 10451

**JIANHAO REN a/k/a Jian Hao Ren**
2557 Third Avenue, Bronx, NY 10451

**JINXU CHEN v.**
**L & H WINE & LIQUOR, INC d/b/a L & H Wine and Liquor, et al.**

**Summons Rider**