UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JINXU CHEN, on behalf of himself and all others similarly situated,

               Plaintiff,

               v.

L & H WINE & LIQUOR, INC. d/b/a L & H Wine and Liquor; LONGHUA LIN a/k/a Long Hua Lin, and JIANHAO REN a/k/a Jian Hao Ren,

               Defendants.

**ORDER**

19 Civ. 6115 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

Trial is scheduled for **November 29, 2021, at 9:00 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. This trial date is tentative, and depends on this District's COVID-19 protocols. The parties are directed to comply with this Court's Individual Rules concerning the preparation of a joint pre-trial order. The joint pre-trial order, motions in limine, requested voir dire, and requests to charge are due on November 1, 2021. Responsive papers, if any, are due on November 8, 2021.

Dated: New York, New York
       February 24, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge