UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JINXU CHEN, on behalf of himself and all others similarly situated,

            Plaintiff,

   - against -

L & H WINE & LIQUOR, INC. d/b/a L & H Wine and Liquor; LONGHUA LIN a/k/a Long Hua Lin, and JIANHAO REN a/k/a Jian Hao Ren,

            Defendants.

**ORDER**

19 Civ. 6115 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      On February 24, 2021, this Court scheduled a tentative trial date for November 29, 2021. (Dkt. No. 29) The trial calendar issued by the Clerk's Office lists six trials for the week of November 29, 2021, in rank order. Only three of the listed trials will actually proceed. The trials assigned fourth, fifth, and sixth place in line will go forward only if the trial or trials ahead of them are resolved through a plea, settlement, or are adjourned.

      The trial calendar also lists six "alternate" trials for the week of November 29, 2021. The "alternate" trials are also ranked, and will proceed only if all six cases on the primary list are resolved.

      The trial in this case was assigned third place in the list of six "alternate" trials for the week of November 29, 2021. Given that all eight cases that have been accorded greater priority would have to plead out, settle, or be adjourned in order for trial in the instant matter to proceed, it appears highly unlikely that the trial in this case can proceed as scheduled.

      The Court is aware that the uncertainty regarding courtroom availability presents

practical difficulties for the parties.  By **November 11, 2021**, the parties will submit a joint letter advising this Court whether they wish to adjourn the current trial date and, if so, proposing other trial dates in the first and second quarters of 2022.

Dated: New York, New York
       November 4, 2021

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.