UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JINXU CHEN, on behalf of himself and all others similarly situated,

     Plaintiff,

- against -

L & H WINE & LIQUOR, INC. d/b/a L & H Wine and Liquor; LONGHUA LIN a/k/a Long Hua Lin, and JIANHAO REN a/k/a Jian Hao Ren,

     Defendants.

**ORDER**

19 Civ. 6115 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

  The trial in this case currently scheduled for November 29, 2021 is adjourned to **May 16, 2022 at 9:30 a.m.** This trial date is tentative, and depends on this District's COVID-19 protocols.

  The parties are directed to comply with this Court's Individual Rules concerning the preparation of a joint pre-trial order. The joint pre-trial order, motions in limine, requested voir dire, and requests to charge are due on **April 11, 2022**. Responsive papers, if any, are due **April 18, 2022**.

Dated: New York, New York
   November 15, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge