UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JINXU CHEN, on behalf of himself and all others similarly situated,

                Plaintiff,

      - against -

L & H WINE & LIQUOR, INC. d/b/a L & H Wine and Liquor; LONGHUA LIN a/k/a Long Hua Lin, and JIANHAO REN a/k/a Jian Hao Ren,

                Defendants.

**ORDER**

19 Civ. 6115 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The Court has received confirmation that a jury will be available to be selected in this matter in accordance with the District's COVID-19 protocols on **May 19, 2022**. The jury will be selected in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York beginning at **9:30 a.m. on May 19, 2022**. Trial will proceed in the same courtroom.

        A final pre-trial conference will take place on **May 16, 2022 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

        The parties are directed to comply with this Court's Individual Rules concerning the preparation of a joint pre-trial order. The joint pre-trial order, motions in limine, requested

2

voir dire, and requests to charge are due on **April 14, 2022**.  Responsive papers, if any, are due **April 21, 2022**.

Dated: New York, New York
       April 4, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge