UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JINXU CHEN, on behalf of himself and all others similarly situated,

     Plaintiff,

- against -

L & H WINE & LIQUOR, INC. d/b/a L & H Wine and Liquor; LONGHUA LIN a/k/a Long Hua Lin, and JIANHAO REN a/k/a Jian Hao Ren,

     Defendants.

**ORDER**

19 Civ. 6115 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

  Counsel for the parties – and the parties themselves – will appear for a status conference in this matter on **May 12, 2022 at 3:30 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
   May 6, 2022

                SO ORDERED.

                *Paul A. Gardephe*
                Paul G. Gardephe
                United States District Judge