UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JINXU CHEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>L & H WINE & LIQUOR, INC. d/b/a L & H Wine and Liquor; LONGHUA LIN a/k/a Long Hua Lin, and JIANHAO REN a/k/a Jian Hao Ren,<br><br>Defendants. | **ORDER**<br><br>19 Civ. 6115 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      The conference in this matter scheduled for May 12, 2022 is adjourned to **May 16, 2022 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, New York, New York.

      Counsel for the parties <u>and</u> the parties themselves will attend the May 16, 2022 conference.

Dated: New York, New York
       May 11, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge