**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

May 12, 2022

**Via ECF**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: **Request for Adjournment of Status Conference**
     *Chen v. L & H Wine & Liquor, Inc.*, No. 19-cv-06115 (PGG), (S.D.N.Y.)

Your Honor,

  We represent the Plaintiffs in the above-referenced matter. We write respectfully, with the consent of Defense counsel, to respectfully request an adjournment of the conference that we have scheduled on May 16, 2022 at 11:00 am. Plaintiffs respectfully request for an adjournment of the conference set for May 16, 2022 at 11:00 am for plaintiffs have a scheduling conflict during that time and will not be able to send someone to attend Your Honors conference. This is plaintiffs first request and granting such request will not prejudice any party in the matter.

  Plaintiffs respectfully request an adjournment of the Status Conference that the parties have scheduled on May 16, 2022 at 11:00 am for plaintiffs have a scheduling conflict. Plaintiff's counsel is currently scheduled to have a trial in the Eastern District Court of New York in the matter of 15-cv-05081 *Sanchez Juarez et al. v. 156-40 Grill LLC et al* in front of Judge Carol Bagley Amon on Monday that will last the whole day. Further, the trial attorney that will be trying this case, Attorney Aaron Schweitzer, will be at the trial and will not be able to attend the conference with Your Honor. Additionally, plaintiffs' counsel is set to have a Discovery Hearing in the Southern District Court of New York in the matter of 19-cv-11883 *Chen v. Dun Huang Corp et al.* in front of Magistrate Judge Barbara Moses that will begin at 10:00 am on Monday. Plaintiffs are not sure how long the Hearing will last and do not want to short change either of the judges by leaving the close timings.

  With plaintiff's counsel having a couple of scheduling conflicts and also the trial attorney for the case not being able to attend the conference on May 16, 2022, plaintiffs respectfully request that the conference scheduled on May 16, 2022 be adjourned to another date. Plaintiff's counsel has conferred with Defense counsel and the parties have agreed on the following days for the adjourned conference:

- May 26, 2022;
- June 6, 2022, in the afternoon; and
- June 7, 2022, in the afternoon

  For the reasons stated above, plaintiffs respectfully request to adjourn the conference scheduled for May 16, 2022 to one of the days that the parties have stated above or another day that is convenient to the court

Hon. Paul G. Gardephe, U.S.D.J.
May 12, 2022
*Chen v. L & H Wine & Liquor, Inc.*, No. 19-cv-06115 (PGG), (S.D.N.Y.)
Page 2 of 2

    We thank the Court for its attention to and consideration of this matter.

                                        Respectfully submitted,
                                        TROY LAW, PLLC

                                        */s/ John Troy*
                                        John Troy, Esq.
                                        *Attorney for Plaintiffs*

cc: via ECF
    all counsel of record
    /gd

                                        **Memo Endorsement:** The conference currently scheduled for May 16, 2022 is adjourned to May 18, 2022 at 3:00 p.m. in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. As stated in the Court's previous order (Dkt. No. 44) counsel for the parties <u>and</u> the parties themselves will attend this conference.

                                        SO ORDERED.

                                        Paul G. Gardephe
                                        United States District Judge
                                        Dated: May 12, 2022