UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JINXU CHEN, on behalf of himself and all others similarly situated,

                Plaintiff,

- against -

L & H WINE & LIQUOR, INC. d/b/a L & H Wine and Liquor; LONGHUA LIN a/k/a Long Hua Lin, and JIANHAO REN a/k/a Jian Hao Ren,

                Defendants.

**ORDER**

19 Civ. 6115 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        As stated on the record at the May 18, 2022 conference, the parties have consented to a non-jury trial before this Court.

        By **June 1, 2022**, the parties will jointly submit a revised pre-trial order in accordance with Rule X(A) of this Court's Individual Rules of Practice.

        By **June 1, 2022**, Plaintiff and Defendants will each submit the following, in accordance with Rule X(C) of this Court's Individual Rules of Practice:

(1)     proposed findings of fact and conclusions of law;

(2)     a trial memorandum of law that identifies the issues, summarizes the relevant facts and applicable law, and addresses any evidentiary issues;

(3)     affidavits constituting the direct testimony of each trial witness;

(4)     copies of any designated deposition testimony that will be offered as substantive evidence, along with a one-page synopsis (with page references) of those excerpts for each deposition; and

(5)   <u>one</u> set of the party's documentary exhibits, organized sequentially.[1]

By **June 6, 2022**, Plaintiff and Defendants will <u>each</u> submit a list of all affiants that the parties intend to cross-examine at trial.

The non-jury trial – which will consist solely of cross-examination of the parties' affiants – will proceed on **June 15, 2022 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
May 23, 2022

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge

---

[1] Plaintiff will re-file his documentary exhibits with the remainder of his pre-trial materials.