**Admitted in New York State
 & State of New Jersey**

**MICHAEL R. CURRAN**
*Attorney-at-Law*
**36-09 Main Street, Suite 9B-2**
**Flushing, New York 11354**
**(347) 549-2079) (phone)**
**(347) 778-5918 (facsimile)**
**(718) 830-7741 (messages/voicemail)**
**mrc4law@yahoo.com\***

November 11, 2022

Hon. Paul G. Gardephe,
United States District Judge                     **Filed on ECF System**
United States District Court for
        the Southern District of New York
40 Foley Square, Courtroom 705
New York, New York 10007

**In re:  Estate of Jin Huang, Deceased, File No. 2022-4627 (Queens County Surrogate's Court)**

Dear Judge Gardephe:

        The undersigned has been retained by the proposed Administrator and widow of the above-referenced Estate of Jin Huang, Deceased (the "Estate"). We respectfully inform the United States District Court for the Southern District of New York that Mr. Huang was deceased on September 4, 2022.  Mr. Huang was attorney for defendants L & H Wine and Liquor, Inc. d/b/a L & H Wine and Liquor, Longhua Lin a/k/a Long Hua Lin and Jinhao Ren a/k/a Jian Hao Ren in the case before Your Honor entitled as Chen v. L & H Wine & Liquor, Inc. et al., Docket No. 19-cv-06115-PGG. The Estate respectfully requests that the Court stay the within case until such time as defendants may secure other counsel and the Estate may be released from the case.  In addition, the proposed Administrator must have time to review the file as the Estate was filed October 12, 2022.

        The Estate of Jin Huang, Deceased, expresses thanks to the Court for its courtesies.  In the event a replacement attorney or attorneys is/are identified, counsel below will file a Notice of Appearance and execute a substitution of representation.

Respectfully submitted,
*__Michael R. Curran /s/__*
Attorney for
Estate of Jin Huang, Deceased*

cc:    Ms. Lindi Gui, proposed Administrator for Estate of Jin Huang, Deceased (via e-mail)
        *Attorneys on File*

 *Estate Attorney admitted to the Southern District of New York