UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JINXU CHEN,

                                  Plaintiff,

        -against-

L & H WINE & LIQUOR, INC., et al.,

                                  Defendants.
------------------------------------------------------------------X

19-CV-6115 (PGG) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Defendants are directed to file their response, if any, to Plaintiff's motion at ECF No. 78 by **Friday, October 25, 2024**.

      **SO ORDERED.**

DATED:    New York, New York
              October 4, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge