UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JINXU CHEN,

                             Plaintiff,

                v.                                  **Case No. 19-cv-06115**

L & H WINE & LIQUOR, INC
    d/b/a L & H Wine and Liquor,             **CERTIFICATE OF**
LONGHUA LIN                                               **SERVICE**
    a/k/a Long Hua Lin, and
JIANHAO REN
    a/k/a Jian Hao Ren,
                                      Defendants
-----------------------------------------------------------------X

Gavin Dass, affirms the truth of the following under the penalties of perjury:

1. I am over 18 years old. I am not a party to this action.
2. On **October 8, 2024**, I served true copy of Judge Paul G. Gardephe Order referring plaintiffs motion for Attorney Fees and Costs to the Magistrate Judge and Magistrate Judge Valerie Figueredo Order stating Defendants have until October 25, 2024 to oppose plaintiffs Attorney Fee Application (Dkt. No. 84; and Order dated October 4, 2024), upon defendants L&H Wine Liquor Inc; Longhua Lin; and Jianhao Ren by deposing true copies thereof enclosed in post-paid wrappers, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addresses as indicated herein under:

**L&H Wine & Liquor Inc**
2557 Third Avenue Bronx, NY 10451
111-28 37th Avenue Corona, NY 11368

**Longhua Lin**
2557 Third Avenue Bronx, NY 10451
111-28 37th Avenue Corona, NY 11368

**Jianhao Ren**
2557 Third Avenue Bronx, NY 10451

                                                                 _____
                                                                      Gavin Dass