UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JINXU CHEN,

                                    Plaintiff,

           -against-

L & H WINE & LIQUOR, INC., et al.,

                                  Defendants.
------------------------------------------------------------------X

19-CV-6115 (PGG) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Defendants were directed to file their response to Plaintiff's motion at ECF No. 78 by October 25, 2024. That deadline has now passed, and Defendants have not filed anything. The Court *sua sponte* extends the time to file an opposition to **Friday, November 15, 2024**. Failure to file an opposition by the deadline will result in the motion being decided solely on Plaintiff's filings.

      **SO ORDERED.**

DATED:    New York, New York
               November 4, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge