**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JINXU CHEN, on behalf of himself and all
others similarly situated,

                Plaintiff,                      19 **CIVIL** 6115 (PGG)(VF)

      -against-                              **JUDGMENT**
                                          For Attorney's Fees and Costs

L & H WINE & LIQUOR, INC. d/b/a L & H
Wine and Liquor, LONGHUA LIN a/k/a Long
Hua Lin, and JIANHAO REN a/k/a Jian Hao Ren,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 7, 2025, Judge Figueredo's R&R is adopted in part. Plaintiff's motion for an award of attorneys' fees, costs, and pre-judgment interest (Dkt. No. 78) is granted as follows: Plaintiff is awarded $51,475.25 in attorneys' fees, $1,789.19 in costs, and pre-judgment interest, calculated from March 12, 2019 until the entry of judgment, at a rate of 9% per annum on the unpaid wages award of $20,422.02, in the amount of $11,027.89; accordingly, the case is closed.

**Dated:**  New York, New York
           March 10, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                            **BY:**      *K. Mango*

                                                          **Deputy Clerk**